Peppard Realty Company, Inc., Plaintiff, v. Emil F. Emdon, Defendant. Peppard Realty Company, Inc., and Others, Appellants; Emil F. Emdon and

Another, Respondents.— Motion for stay dismissed on the ground that the appeal having been herewith decided (See *post*, p. 711) the motion is now unnecessary. Present — Kelly, P. J., Manning, Kelby, Young and Kapper, JJ.